GEORGE B. GEITNER, Respondent, *v.* WESTINGHOUSE MACHINE COMPANY, Appellant.

*Geitner* v. *Westinghouse Machine Co.*, 155 App. Div. 941, affirmed.
(Argued October 11, 1915; decided October 26, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 11, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the defendant, his employer. The plaintiff was injured while working at a milling

machine cutting key-ways in steel shafting. Defendant's liability is predicated upon its failure to properly guard the machine as required by section 81 of the Labor Law.

*Clarence H. Beane* for appellant.

*Lafay C. Wilkie* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO, SEABURY and POUND, JJ.